AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

Case No.: 1:24-cm-18-CDC

Date and time warrant executed: July 03, 2024 @ 11:38 a.m.

Copy of warrant and inventory left with: Amazon.com, INC. (Served electronically via online portal)

Inventory made in the presence of :

Inventory of the property taken, and name of any person(s) seized:

FBI Special Agent Issac Brown served the search warrant electronically via the online Amazon Law Enforcement Request Tracker (ALERT).

On July 18, 2024, Amazon/Blink responded to the search warrant and provided 146 megabytes of data and a Certificate of Authenticity.
---------------------------------------------No Further Information---------------------------------------

## Certification

I declare under penalty of perjury that this inventory is correct, and was returned along with the original warrant to the designated judge.

July 18, 2024
Date

*Issac Brown Jr.*
Executing officer's signature

Issac Brown, Jr.
Special Agent, FBI
Printed name and title

Subscribed, sworn to, and returned before me this date.

Date
Returned by electronic mail on this 29 day of July, 20 24.

*Christy Comstock*
U.S. Judge or Magistrate
Christy Comstock
U.S. Magistrate Judge

AO 93 (Rev.11/13) Search and Seizure Warrant

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
El Dorado Division

JUL - 2 2024

Ronald E. Dowling
By_____
Deputy Clerk

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF CERTAIN INFORMATION AND MATERIALS STORED AT PREMISES OWNED, CONTROLLED OR OPERATED BY AMAZON.COM, INC., A COMPANY WITH HEADQUARTERS IN SEATTLE, WASHINGTON, IN THE WESTERN DISTRICT OF WASHINGTON, AND/OR ITS PARENT OR SUBSIDIARY ENTITIES | No. 1:24cm18-CDC<br><br>**Filed Under Seal** |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer:

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Washington: *(identify the person or describe the property to be searched and give its location)*:

See "Attachment A." This Court has authority to issue this Search Warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A), and Federal Rule of Criminal Procedure 41.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See "Attachment B."

**YOU ARE COMMANDED** to execute this warrant on or before _____July 16, 2024_____ .
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   **X** at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Barry A. Bryant.

Pursuant to 18 U.S.C. § 3102a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: July 2, 2024, at 2:48pm   _____Christy Comstock_____
                                                                    *Judge's signature*

City and state: Fayetteville AR    Hon. Christy D. Comstock, U.S. Magistrate Judge, W. D. Ark.
                                                     *Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information and materials held or stored by Amazon.com, Inc., and/or its parent or subsidiary entities, including Immedia Semiconductor, LLC, d/b/a "Blink", (hereinafter collectively "Amazon") in connection with an Amazon subscriber or customer account associated with the following unique "Blink" camera device identifier(s):

- a. Device Media Access Control Identification Number (MAC ID):
  **D8:BE:65:B4:1D:01**

- b. Device Serial Number (DSN):
  **G8V1-GH00-1212-N9T9**

(hereinafter the "Subject Account"), which information and materials are held or stored at premises owned, maintained, controlled, or operated by Amazon, an electronic communications service provider with headquarters in the Western District of Washington.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Amazon.com, Inc., and/or its parent or subsidiary entities:**

To the extent the information and materials described in Attachment A are within the possession, custody, or control of Amazon.com, Inc., and/or its parent or subsidiary entities, including Immedia Semiconductor, LLC, d/b/a "Blink", (hereinafter collectively "Amazon"), including any video and/or audio recordings, communications, records, files, logs, or other data that have been deleted, but which are still available to Amazon, or which have been preserved pursuant to a request made pursuant to 18 U.S.C. § 2703(f), Amazon is required to disclose to the government the following items associated with the Subject Account described in Attachment A:

a. All video and/or audio recordings created, captured, transmitted, or stored by or through any Blink camera device associated with the Subject Account **between 00:00 CDT on April 1, 2024, and 23:59 CDT on April 2, 2024**, to include any stored, preserved, or user-deleted copies of same;

b. All logs, records, data, time/date information, and/or metadata, including Blink camera device location information, if any, which are associated with, or are relevant to, the recordings described in the preceding paragraph, and any stored, preserved, or user-deleted copies of same; and

c. Subscriber information for the Subject Account, as stored by Amazon, including full name, e-mail address(es), physical address (including city, state, and zip code), phone number(s), billing address, and any other personal identifiers.

Amazon is hereby ORDERED to disclose the above information and materials to the government within 14 DAYS of the issuance of this search warrant.

II. **Information to be seized by the government:**

All information described above in Section I that constitutes relevant evidence of violations of 18 U.S.C. §§ 2113(a) and 2113(d) (armed bank robbery), and 18 U.S.C. § 924(c)

(possessing a firearm in furtherance of a crime of violence) committed by Melvin WILTSHIRE on April 2, 2024, in the Western District of Arkansas, including, but not limited to:

a. recordings or depictions of WILTSHIRE and/or any vehicle(s) used in connection with the above-described crimes;

b. evidence tending to establish the date(s), time(s), and location(s) at which such recordings or depictions were originally created or captured;

c. evidence of any prior planning by WILTSHIRE, in anticipation of committing the above-described crimes, including scouting avenues of approach and flight from the scene;

d. evidence of WILTSHIRE's arrival and departure times to/from the area of North Hickory Street in Strong, Arkansas, on April 2, 2024;

This warrant authorizes a review of electronically stored information, communications, other records, and information disclosed pursuant to this warrant, in order to locate the evidence, described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.